Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation      :    1:06-md-1789 (JFK)
-----------------------------------------------------------x
*This Document Relates to:*
Jesus Vazquez and Eva Vazquez
v. Merck & Co., Inc.

Case No: 1:07-cv-11579-JFK
-----------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jesus Vazquez and Eva Vazquez and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case, having been resolved upon the agreement of Plaintiffs to voluntarily dismiss without prejudice their claims against Defendant and the agreement of Defendant not to seek from Plaintiffs its fees and costs, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiffs further agree to re-file any suit based on any similar claims related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in this Court, without joining any party whose joinder would defeat diversity pursuant to 28 U.S.C.§ 1332.

3. Each party is to bear its own costs and attorneys' fees.

Dated: April 21, 2008

| LEVIN, PAPANTONIO, THOMAS, MITCHELL, ESCHSNER & PROCTOR, P.A. | HUGHES HUBBARD & REED LLP |
|---|---|
| By _____ Meghan M. Tans, Esq. 316 S. Baylen Street, Sixth Floor Pensacola, FL 32502 (850) 435-7000 | By _____ Theodore V. H. Mayer, Esq. One Battery Park Plaza New York, New York 10004 (212) 837-6888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co., Inc.* |

SO ORDERED: *John F. Keenan* 4/23/08
Hon. John F. Keenan